IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEPHEN LYNN JESTER                                                          PLAINTIFF

vs.                          Civil No. 4:18-cv-04081

NANCY A. BERRYHILL                                                           DEFENDANT
Acting Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 25th day of March 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*

HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE